## MOTION DOCKET

95–2131.  State ex rel. Harsch v. Indus. Comm.
Franklin App. No. 94APD09–1382.  On request for oral argument.  Request denied.